MATILDA LEERBURGER, Respondent, *v.* HENNESSEY REALTY COMPANY et al., Appellants.

Reported below, 154 App. Div. 158.
(Argued February 1, 1915; decided March 9, 1915.)

APPEAL from a judgment, entered February 4, 1913, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff in an action to compel the defendants to afford the plaintiff lateral support for her land.

*H. B. Davis* for appellants.

*Everett V. Abbot* for respondent.

Judgment affirmed, with costs, as to defendant Hennessey Realty Company. Judgment reversed and new trial granted, with costs to abide event, as to defendant Polstein, on the ground that the finding did not suffice to charge him with liability.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ. Dissents as to reversal: SEABURY, J. Not sitting: MILLER, J.